# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN MAYO, | NO. CV 07-06276 JFW (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LARRY SMALL, Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 6/1/09

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE